IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY, # 291560, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:15-CV-849-WKW |
| ) | |
| KARLA JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

On January 13, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 6.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

A separate final judgment will be entered.

DONE this 9th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE